UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY DIBBLE and LINDA DIBBLE,
    Plaintiffs,

    -v-

INTERNAL REVENUE SERVICE et al.,
    Defendants,

Case No. 1:07-cv-1211

HONORABLE PAUL L. MALONEY

JUDGMENT

Having granted (Dkt. No. 17) Defendants' motion to dismiss on June 17, 2008,

**JUDGMENT** in favor of Defendants is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This action is **TERMINATED.**

**IT IS SO ORDERED.**

Date:  July 18, 2008

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge